**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**20-41**

**CONSOLIDATED WITH 20-40**


**ANDREW J. FOWLER AKA A.J. FOWLER**
**& BLANCHE DERAMUS FOWLER**

**VERSUS**

**JAMES CLINTON "PETE" PERKINS, EMILY LOUISE PERKINS**
**AND THE LIVING TRUST OF JAMES & EMILY PERKINS**



**\*\*\*\*\*\*\*\*\*\***


**APPEAL FROM THE**
**NINTH JUDICIAL DISTRICT COURT**
**PARISH OF RAPIDES, NO. 250,346 C/W 250,334**
**HONORABLE GEORGE CLARENCE METOYER JR, DISTRICT JUDGE**


**\*\*\*\*\*\*\*\*\*\***


**D. KENT SAVOIE**
**JUDGE**


**\*\*\*\*\*\*\*\*\*\***


Court composed of Sylvia R. Cooks, D. Kent Savoie, and Candyce G. Perret, Judges.


**AFFIRMED.**

**Richard Alan Rozanski**
**Trevor C. Mosby**
**Richard A. Rozanski, APLC**
**2312 South MacArthur Drive**
**Alexandria, Louisiana 71315**
**(318) 445-5600**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **James Clinton Perkins, Trustee of the Living Trust of James and Emily**
    **Perkins**
    **Emily Louise Perkins**

**Brian K. Thompson**
**Thompson Law Firm, LLC**
**3600 Jackson Street, Suite 115B**
**Alexandria, Louisiana 71303**
**(318) 473-0052**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **Andrew J. Fowler**
    **The Unopened Succession of Blanche Deramus Fowler**

**SAVOIE, Judge.**

For the reasons assigned in the companion and consolidated case of *James C. Perkins, et al. v. Andrew J. Fowler, et al*, 20-41 (La.App. 3 Cir. ___/___/20), ___So.3d___, the judgment of the trial court is affirmed. All costs of this appeal are assessed to Andrew J. Fowler and The Unopened Succession of Blanche Deramus Fowler.

**AFFIRMED.**